IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:02-CR-46

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Order |
| DYRON RUSH | |

This matter is before the Court on Defendant's Petition for a Writ of Error Coram Nobis. For good cause shown, the Petition is hereby GRANTED. Further, it is ORDERED that the Defendant's conviction in the above-captioned case is VACATED and the Indictment in this case is DISMISSED.

This 16 day of March, 2026.

JAMES C. DEVER III
United States District Judge